M2702728 KENDALL DEJUAN SIMON

Name and Prisoner/Booking Number

Metropolitan State Hospital

Place of Confinement

11401 Bloomfield Ave

Mailing Address

Norwalk, CA, 90650

City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

RECEIVED

AUG 12 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ 9B DEPUTY CLERK

FILED

AUG 12 2021

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL DEJUAN SIMON<br>(Full Name of Plaintiff)          Plaintiff,<br><br>v.<br><br>(1) STATE OF CALIFORNIA<br>(Full Name of Defendant)<br><br>(2)_____<br><br>(3)_____<br><br>(4)_____<br>                    Defendant(s).<br>☐ Check if there are additional Defendants and attach page 1-A listing them. | 1:21 CV 01221 SAB(PC)<br>CASE NO. ZM048107<br>(To be supplied by the Clerk)<br><br>**CIVIL RIGHTS COMPLAINT<br>BY A PRISONER**<br><br>☑ Original Complaint<br>☐ First Amended Complaint<br>☐ Second Amended Complaint |

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

    ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

    ☐ Other: _____

2. Institution/city where violation occurred: (LA) _____

Revised 3/15/2016

1

## B. DEFENDANTS

1. Name of first Defendant: KENDALL DEJUAN SIMON . The first Defendant is employed as:
   Medical Test Patient _____ at _____ .
           (Position and Title)               (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   _____ at _____ .
           (Position and Title)               (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____ at _____ .
           (Position and Title)               (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____ at _____ .
           (Position and Title)               (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes  ☑ No

2. If yes, how many lawsuits have you filed? _____ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: KENDALL DEJUAN SIMON  v. STATE OF CALIFORNIA - LAPD
      2. Court and case number: ZMO4Q107 - BA472524
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Still pending
      _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Kidnapping in The Form OF AN ARREST - THE RIGHTS TO BASIC FREEDOMS - DOUBLE JEPORDY

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

   ☐ Basic necessities     ☐ Mail     ☑ Access to the court     ☐ Medical care
   ☑ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☑ Retaliation
   ☐ Excessive force by an officer     ☑ Threat to safety     ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I WAS KIDNAPPED BY TWO OFFICERS REEKING OF MARIJUANA & LIQOR IN THE FORM OF AN ARREST

   I WAS STALKED BY TWO MALES WHOM GOT 911 OPERATOR TO ISSUE A WARRANT OUT OF TWIN TAIL WITH NO EVIDENCE OR PROOF OF CRIME

   DOUBLE JEPORDY - CHARGED WITH SAME CRIME TWICE IN SAME AREA

   (CASE# ZM048107)

   FOUL PLAY ON ARREST

   Didn't Tell truth on POLICE REPORT

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I HAVE BEEN INSTITUTIONALIZED, FORCED TO FIGHT NO MEDICAL ATTENTION FOR BACK INJURY HELD IN JAIL WHILE INNOCENT OF CHARGES.

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes   ☑ No

   b. Did you submit a request for administrative relief on Claim I?     ☑ Yes   ☐ No

   c. Did you appeal your request for relief on Claim I to the highest level?     ☑ Yes   ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

Kendall digita?

CASE # ZM048107
CASE # BA472524

②

This all started about 4 years
ago when I First made
my way to Beverly Hills Blvd,
OK I was taken to Jail
From Beverly Hills Blvd and Sunset
Street ——— I was charged
with 3 assults 3 criminal threats
1 vandalism ——— I was then
released to the Custody of a
physiciatric clinic that in return
released me from Custedy
after 2 or days, then I
mistakenly returned to the
shopping center to walk to my
Second Bus to get closer to
Home. When I walked past
the coffee & TSA spot they
came running out the door
to Follow me. If you check the
camera Freem day Of arrest
it will show that I never
entered the establishment ———
But it will show two male Hispanics
running at the door to attack an
unarmed innocent man.

②

They then Followed me
to the Elevator and
established verbaly that
they were armed with
a KNIFE and small caliber
Hand gun they never pulled
them out so For Feet I cant
Say they Had a Firearm so Feet
I did see the Knife so I
tock OFF walking away From
thier team (TWEE)
I speed walked to
the grocery Store to find
Safety I was Afraid For
my LIFE And the two
males then stalked me all the
way to the grocery Store
After I got there the security
Guard approched me to ask
Whats wrong I told him
there were two males Following
me with gun And knife
He Informed me that this
type of thing happens everyday
Gay Coups Stalking Handsome men violently

(3)

He told me to walk to
a restaurant and walk
in and they would stop
following me.
During this entire ordeal
they were on the phone
with 911 Fabricating
an emergency to get a
warrant issued with no
evidence you can not issue
a warrant out of thin air
you must have a name and
evidence ____ will two officers
pulled up and detained me
for having scissors then found
no scissors then changed there
story to warrant for arrest ____
then the two would terrify all
five charges I had just got
released on and called 911
and get Dann to charge me
with the exact same crimes
or criminal charges that I was
released on ____ Again for a second
time

(4)

They arrested me and
put me in a marijuana
reeking Squad inside SUV *their Police Drug test Prior to Arrest date.*
I was detained For
Scissors and they Found
no Scissors but still
upheld warrant about scissors.....
I was Then arrested
For 3 Agg Assults 3 criminal threats
and 1 vendalism
the exact same charges
I had just Been released on.
They managed to get 911
to issue a warrent out of this
Air......
I was detained for the same
crimes twice double Separarely.....
it is an illegal act to
charge someone with the same
crimes twice if they have been
released on charges.....
Now I sit @5years later still
institutionalized for crimes I've went
for trial by Judge and was Found
inocent on all charges now I seek compen-

*right margin text, bottom to top:* I cant so that s/Rocks..... I cant leave when I'm still incarcerated I cant Hell Because

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: Double Jeopardy.
 False 911 Report. Stalking

2. **Claim II.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

   ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer     ☐ Threat to safety     ☑ Other: Stalking . Double Jepardy

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I was Stalked by both 2 males
   on my police report, Police Report
   reads no miranda Rights No Evidence

   It Is An Illegal Act To Arrest with
   No Evidence. No Miranda Rights On
   Police Report.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Mental Anguish And 4 Years Of Mental
   Treatment Do To Incarceration. Night
   Terrors. Forced To Fight For Survival.

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☑ Yes    ☐ No

   b. Did you submit a request for administrative relief on Claim II?     ☑ Yes    ☐ No

   c. Did you appeal your request for relief on Claim II to the highest level?     ☑ Yes    ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1.   State the constitutional or other federal civil right that was violated: _____
_____.

2.   **Claim III.**  Identify the issue involved.  Check **only one.**  State additional issues in separate claims.
☐ Basic necessities          ☐ Mail                    ☐ Access to the court       ☐ Medical care
☐ Disciplinary proceedings   ☐ Property                ☐ Exercise of religion      ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety   ☐ Other: _____.

3.   **Supporting Facts.**  State as briefly as possible the FACTS supporting Claim III.  Describe exactly what **each
Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal
authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.   **Administrative Remedies.**
a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your
institution?                                                                  ☐ Yes   ☐ No
b.   Did you submit a request for administrative relief on Claim III?          ☐ Yes   ☐ No
c.   Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes   ☐ No
d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
did not. _____
_____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E.  REQUEST FOR RELIEF

State the relief you are seeking: I am Seeking my Freedom and
the Basic reimbursment for time lost
In Jail while Inocent
Relief For time served while Innocent with
trial By Judge as proof of Innocense

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Avg. 7 - 2021
     DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)
_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.