JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL DEJUAN SIMON,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant(s). | Case No. 2:21-cv-06656-VAP (MAR)<br><br>JUDGMENT |

Pursuant to the Memorandum and Order Dismissing Case, **IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated:  July 28, 2022

_____
HONORABLE VIRGINIA A. PHILLIPS
United States District Judge